■ State of New York, Respondent-Appellant, v Martin Fine et al., Appellants-Respondents.—Order, Supreme Court, New York County (Charles E. Ramos, J.), entered on June 8, 1990, unanimously affirmed for the reasons stated by Charles E. Ramos, J., without costs or disbursements. No opinion. Concur—Murphy, P. J., Sullivan, Ellerin, Ross and Kassal, JJ.